US Dist Court
Attn: Lynn Coln, Rm 1800
333 Constitution Ave NW
Washington, DC 20001

RE: violation number PO546905
Date of issue: 9/26/05
Offense: demonstrating without a permit

May I appear on January 18th rather than December 21?

I have 2 reasons: My mother's memorial service will be held on the 21st, and airline tickets during the holidays are too expensive for me.

I live in a religious community in upstate New York, and have $2000 a year income. In January the rates will be down to $80 round trip.

Thank you for your consideration.

Kadi Sprengle